IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARTY LUBIN,<br>146 Hidden Hill Circle<br>Odenton, Maryland 21113<br><br>    Plaintiff,<br><br>    v.<br><br>WALTON MADDEN COOPER ROBINSON<br>PONESS, INC.,<br>115 Centerway Road<br>Greenbelt, Maryland 20770<br><br>and<br><br>KATHY D. DIXON,<br>115 Centerway Road<br>Greenbelt, Maryland 20770<br><br>    Defendants. | Case No.: |

## **NOTICE OF REMOVAL**

Defendants Walton Madden Cooper Robinson Poness, Inc. ("Defendant WMCRP"), and Kathy D. Dixon ("Defendant Dixon") (collectively "Defendants"), by and through undersigned counsel, hereby file this Notice of Removal, and pursuant to 28 U.S.C. §§1441 and 1446, hereby remove this civil action from the Circuit Court for Prince George's County, Maryland, and further state as follows:

1. On or about March 13, 2017, filed a Complaint in the Circuit Court for Prince George's County, Maryland, Case No.: CAL17-06409 ("Complaint") against Defendants. Defendant WMCRP was not served with the Summons and Complaint until April 10, 2017. Defendant Dixon was not served with the Summons and Complaint until April 24, 2017.

2. The Complaint purports to set forth four (4) counts against Defendants. Counts I

and IV state allegations under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 *et seq.* ("FLSA"). Count II states allegations under the Maryland Wage and Hour Law, Maryland Code Annotated, *Labor and Employment Article*, §§3-401 *et seq.* ("MWHL"). Count III states allegations under the Maryland Wage Payment and Collection Law, Maryland Code Annotated, *Labor and Employment Article*, §§3-501 *et seq.* ("MWPCL").

3. This Court has federal question subject matter jurisdiction over this controversy pursuant to 28 U.S.C. §1331 because this civil action arises under the Constitution, laws or treaties of the United States. The provisions of 28 U.S.C. §1441(a) authorize the removal of any civil action brought in a state court over which the district courts of the United States have original jurisdiction. This Court has original jurisdiction over the FLSA pursuant to 28 U.S.C. §1331. This Court has supplemental jurisdiction over the state law claims asserted pursuant to 28 U.S.C. §1367 because they are a part of the same case or controversy, and relate to the claims over which this Court has original jurisdiction.

4. Pursuant to 28 U.S.C. §1446(b), this case is removable within thirty (30) days of receipt of service by the Defendants. Defendant WMCRP was served on April 10, 2017. Thus, this Notice of Removal is being filed within the statutory time frame. All Defendants join in the removal of this action.

5. A genuine and authentic copy of all process, pleadings, and orders served upon Defendants in the Circuit Court action is attached hereto collectively as Ex. A.

6. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal has been served upon all adverse parties and filed with the Clerk of the Circuit Court for Prince George's County, Maryland.

WHEREFORE, Defendants hereby remove this civil action to the United States District

Court for the District of Maryland and request that this Court assume jurisdiction of this civil action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Respectfully submitted,

/s/ James E. McCollum, Jr.
James E. McCollum, Jr.

/s/ Amit K. Sharma
Amit K. Sharma

McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, Maryland 20740
Tel: (301) 864-6070
Fax: (301) 864-4351
jmccollum@jmlaw.net
asharma@jmlaw.net

*Attorneys for Defendants Walton Madden Cooper Robinson Poness, Inc., and Kathy D. Dixon*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by pre-paid postage, first-class mail, on this ____ day of May, 2017, to the following:

Jennifer S. Lubinski, Esquire
Law Office of Jennifer S. Lubinski
9520 Berger Road, Suite 212
Columbia, Maryland 21046

*Attorneys for Plaintiff Marty Lubin*

_____
James E. McCollum, Jr.